UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Toro Credit Company,

Plaintiff,

v.

PowerHouse Equipment, Inc., a/k/a PowerHouse Equipment Co. and PowerHouse Equipment Systems, Inc and f/k/a Sitework Systems, Inc.; Braswell Holdings, Inc., f/k/a Southern Shade Tree Company and Southern Tree and Landscape Co.; PowerHouse Capital, Inc.; Roger S. Braswell; John Doe and XYZ Company,

Defendants.

Court File No.: 01-CV-2349 DSD/JMM

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

On December 20, 2001, the Complaint was filed with the Court. On or about January 2, 2002, the Summons and Complaint were served upon all Defendants. Plaintiff Toro Credit Company and Defendants, by and through their undersigned counsel, hereby stipulate and agree that the date which Defendants must answer or otherwise respond to the Complaint is extended to February 7, 2002. Plaintiff and Defendants agree that all Fed. R. Civ. P. 12(b) defenses are preserved, except that Defendants will not contest adequacy of service under Fed. R. Civ. P. 12(b)(5).

DATED: January 21, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]

Dean B. Thomson (#141045)
Aaron A. Dean (#0249354)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

FILED JAN 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______



C:\work\Wintemp\1689601.doc

Moore&VanAllen
Gregory J. Murphy
Scott M. Tyler
Suite 4700
100 North Tryon Street
Charlotte, NC 28202
(Pro Hac Vice Application Pending)
**ATTORNEYS FOR DEFENDANTS**

DATED: January 21, 2002

**OPPENHEIMER WOLFF & DONNELLY, LLP**

Edward F. Fox (#3132X)
Andrew S. Hansen (#28589)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

OF COUNSEL:

Donald S. Trevarthen (#0208358)
Division Counsel
The Toro Company
8111 Lyndale Avenue South
Bloomington, MN 55420
**ATTORNEYS FOR PLAINTIFF**
**TORO CREDIT COMPANY**

**ORDER**

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT the date by which defendants must answer or otherwise respond to the complaint is extended to February 7, 2002.

Dated: 1/23, 2002

Honorable ~~David S. Doty~~ John M. Mason



C:\work\Wintemp\1689601.doc