421707

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 708 Federal Building
316 North Robert Street, St. Paul, MN 55101, Phone: (651) 848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2349 (DSD/JMM) Case Title: Toro Credit Company v. PowerHouse Equipment, Inc. et al.

**Affidavit of Movant**

I, Aaron A. Dean an active member in good standing of the bar association of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Scott M. Tyler, an attorney admitted to practice in the Western District of North Carolina, but not admitted to the bar association of this court, who will be counsel for the ( ) plaintiff ( X ) defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Aaron Dean [signature] #0243954 2/7/02

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Scott M. Tyler am currently a member in good standing of the U.S. District Court for the Western District of North Carolina, but not admitted to the bar of this court. I understand that this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Scott M. Tyler [signature] 2/6/02

Type/Print Name Signature Date

Attorney License Number: N.C. 23300
Law Firm Name & Address: Moore & Van Allen, PLLC
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000

Motion Granted: [signature] FEB 08 2002
For the Court: ~~Francis E. Dosal~~, Clerk mmc Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled caption.

FILED FEB 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______