UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2349(DSD/JMM)

Toro Credit Company,

Plaintiff,

v.

**ORDER OF REFERENCE**

Powerhouse Equipment, Inc., et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' motion to dismiss this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: March 11, 2002

David S. Doty, Judge
United States District Court

FILED 3-12-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______