UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Toro Credit Company,<br><br>Plaintiff,<br><br>v.<br><br>PowerHouse Equipment, Inc., a/k/a PowerHouse Equipment Co. and PowerHouse Equipment Systems, Inc., and f/k/a Sitework Systems, Inc.; Braswell Holdings, Inc., f/k/a Southern Shade Tree Company and Southern Tree & Landscape Co.; Powerhouse Capital, Inc.,; Roger S. Braswell; John Doe; and XYZ Company,<br><br>Defendants.<br><br>PowerHouse Equipment, Inc., and PowerHouse Capital,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>The Toro Company,<br><br>Third-Party Defendant. | Court File No.: 01-CV-2349 (DSD/JMM)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

On March 28, 2002, the Hon. John M. Mason issued a Report and Recommendation denying motions to dismiss for lack of personal jurisdiction by Defendants Braswell Holdings, Inc. ("BHI") and Roger Braswell, individually. The Report and Recommendation indicates that objections are due by Friday, April 12, 2002.

Additionally, on March 22, 2002, Plaintiff Toro Credit Company ("Toro Credit") served, but has not yet filed, a dispositive Motion to Dismiss Defendants' Counterclaim and Affirmative Defenses, and Third Party Defendant The Toro Company ("Toro") served, but has not yet filed, a

FILED 4-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

dispositive Motion to Dismiss or Stay Third-Party Plaintiffs' Claims and Counterclaims and to Compel Mediation and Arbitration. Defendants' opposition briefs are due Friday, April 12, 2002, absent an agreement between counsel to extend the date to serve opposition motion papers.

Toro Credit, Toro and Defendants, by and through their undersigned counsel, hereby stipulate that Defendants may have an extension of time and on or before Tuesday, April 16, 2002, Defendants may: (1) serve and file objections to the Report and Recommendation, and (2) serve opposition motion papers to the two separate dispositive motions.

The parties further stipulate that it is unnecessary to order and file the official transcript of the March 20, 2002, hearing on BHI's and Mr. Braswell's motion to dismiss, which is the subject of the March 28, 2002, Report and Recommendation.

Dated: April 11, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________

Dean B. Thomson (#141045)
Aaron A. Dean (#243954)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

Scott M. Tyler (#23300)
Moore & VanAllen, PLLC
Suite 7400
100 North Tryon Street
Charlotte, NC 28202
*Admitted Pro Hac Vice*
**ATTORNEYS FOR DEFENDANTS**

Dated: 4/11, 2002

OPPENHEIMER WOLFF & DONNELLY, LLP

By: [signature]

Edward F. Fox (#3132X)
Andrew S. Hansen (#28589)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

OF COUNSEL:

Donald S. Trevarthen (#0208358)
Division Counsel
The Toro Company
8111 Lyndale Avenue South
Bloomington, MN 55420

**ATTORNEYS FOR PLAINTIFF TORO CREDIT COMPANY AND THIRD PARTY DEFENDANT THE TORO COMPANY**

**ORDER**

Based upon the above stipulation of the parties and upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT the date by which Defendants must serve and file objections to the Court's March 28, 2002, Report and Recommendation and serve opposition motion papers to Toro's dispositive motions is extended to April 16, 2002.

Dated: April 11, 2002

[signature]

~~Honorable John R. Mason~~
United States ~~Magistrate~~ Judge