**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Toro Credit Company,

Plaintiff,

v.

Powerhouse Equipment, Inc.,
Braswell Holdings, Inc., et al,

Defendants.

01cv2349 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Plaintiff's Motion to Dismiss Affirmative Defenses and Counterclaim; Defendant's Motion to Dismiss; and Third Party Defendant's Motion to Dismiss or Stay and to Compel Mediation or Arbitration** on Thursday, July 18, 2002 at 11:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK