**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Toro Credit Company,

Plaintiff,

**Court File No.: 01-CV-2349 (JEL/JGL)**

v.

PowerHouse Equipment, Inc., a/k/a PowerHouse Equipment Co. and PowerHouse Equipment Systems, Inc., and f/k/a Sitework Systems, Inc.; Braswell Holdings, Inc., f/k/a Southern Shade Tree Company and Southern Tree & Landscape Co.; Powerhouse Capital, Inc.,; Roger S. Braswell; John Doe; and XYZ Company,

Defendants.

**STIPULATION AND ORDER DISMISSING COUNTERCLAIMS AND STAYING THIRD PARTY CLAIMS**

PowerHouse Equipment, Inc., and PowerHouse Capital,

Third-Party Plaintiffs,

v.

The Toro Company,

Third-Party Defendant.

---

In order to avoid the time and expense of duplicative motion practice with respect to the Answer, Counterclaim and Third-Party Complaint of Defendants Roger S. Braswell ("Braswell") and Braswell Holdings, Inc. ("BHI") dated July 24, 2002, the parties, by and through their undersigned counsel, do hereby stipulate and agree that upon a dispositive motion by Plaintiff the Court would enter an Order dismissing the Braswell and BHI Counterclaim with prejudice and staying the Braswell and BHI Third-Party Complaint, all in accordance with this Court's Order of August 6, 2002, and the denial of Defendants' reconsideration request of that ruling as set forth in this Court's Order of August 30, 2002.

FILED SEP 1 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Nothing in this stipulation shall be construed as an admission that Defendants agree with the Court's prior Orders, or the Order entered in response to this stipulation, and nothing in this stipulation affects or prevents Defendants from appealing any of the Court's Orders in accordance with the applicable rules of civil and appellate procedure.

Date: 9/10, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

Edward F. Fox
Atty. Reg. No. 3132X
Andrew S. Hansen
Atty. Reg. No. 28589
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

OF COUNSEL:

Donald S. Trevarthen (#0208358)
Division Counsel
The Toro Company
8111 Lyndale Avenue South
Bloomington, MN 55420

**ATTORNEYS FOR PLAINTIFF TORO CREDIT COMPANY AND THIRD PARTY DEFENDANT THE TORO COMPANY**

Date: September 9, 2002

**FABYANSKE WESTRA & HART, P.A.**

Dean B. Thomson
Atty. Reg. No. 141045
Aaron A. Dean
Atty. Reg. No. 243954
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

Scott M. Tyler
Atty. Reg. No. 23300
Moore & VanAllen, PLLC
100 North Tryon Street, Suite 7400
Charlotte, NC 28202
*Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANTS POWERHOUSE EQUIPMENT, INC., A/K/A POWERHOUSE EQUIPMENT CO. AND POWERHOUSE EQUIPMENT SYSTEMS, INC., AND F/K/A SITEWORK SYSTEMS, INC.; BRASWELL HOLDINGS, INC., F/K/A SOUTHERN SHADE TREE COMPANY AND SOUTHERN TREE & LANDSCAPE CO.; POWERHOUSE CAPITAL, INC.; AND ROGER S. BRASWELL**

## ORDER

Pursuant to the above Stipulation, the Court hereby grants Summary Judgment *nunc pro tunc* dismissing the Counterclaims of Roger S. Braswell and Braswell Holdings, Inc., with prejudice and staying the claims asserted in their Third-Party Complaint, all in accordance with this Court's August 6, 2002, Order and the denial of Defendants' reconsideration request of that ruling as set forth in this Court's Order of August 30, 2002.

Date: Sept 11, 2002

BY THE COURT:

Honorable Joan Ericksen Lancaster
United States District Court Judge