AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Toro Credit Company

V.

PowerHouse Equipment, Inc.,
Braswell Holdings, Inc.
PowerHouse Capital, Inc.,
Roger Braswell, John Doe, and
XYZ Company

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2349 JEL/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Toro Credit's motion for summary judgment is granted in part and denied in part as moot;

2. Defendants PowerHouse, Braswell, BHI, and PHC are jointly and severally liable to Toro Credit for $3,518,780.06;

3. Defendants PowerHouse, Braswell, BHI, and PHC are jointly and severally liable for Toro Credit's reasonable attorney fees and costs;

4. Toro Credit shall file an affidavit that sets forth its reasonable attorney fees and costs within 10 days of the date of this order;

5. The judgment shall continue to bear interest at the parties' contract rates until the judgment is paid in full.

December 3, 2002
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

100