**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Toro Credit Company,

Plaintiff,

v.

PowerHouse Equipment, Inc., a/k/a PowerHouse Equipment Co. and PowerHouse Equipment Systems, Inc., and f/k/a Sitework Systems, Inc.; Braswell Holdings, Inc., f/k/a Southern Shade Tree Company and Southern Tree & Landscape Co.; Powerhouse Capital, Inc.; Roger S. Braswell; John Doe; and XYZ Company,

Defendants,

and

PowerHouse Equipment, Inc., PowerHouse Capital, Inc., Braswell Holdings, Inc. and Roger S. Braswell,

Third-Party Plaintiffs,

v.

The Toro Company,

Third-Party Defendant.

**Court File No.: 01-CV-2349 (JEL/JGL)**

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL THIRD-PARTY COMPLAINTS AGAINST THE TORO COMPANY AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by Third-Party Plaintiffs and Third-Party Defendant through their respective undersigned counsel, that Defendants' and Third-Party Plaintiffs' Third-Party Complaints against The Toro Company, which were stayed under the Court's Orders of August 6, 2002 and September 11, 2002, may be and are DISMISSED WITH PREJUDICE. Costs shall not be taxed in favor or against any party with respect to dismissal of the Third-Party Complaints. This Stipulation and Order are without prejudice to any of TCC's rights to recover and collect attorneys' fees pursuant to the Court's Order of December 3, 2002.

**FABYANSKE WESTRA & HART**

Dean B. Thomson #141045
Aaron A. Dean #234954
920 South Second Avenue, Suite 1100
Minneapolis, Minnesota 55402

and

**OPPENHEIMER WOLFF & DONNELLY LLP**

Edward F. Fox #3132X
Andrew S. Hansen #28589
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
***Counsel For Third-Party Defendant The Toro Company***
***Dated: March 17, 2003***

MAR 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED MAR 18 2003
DEPUTY CLERK'S INITIALS ______

**MOORE & VAN ALLEN, PLLC**
Scott M. Tyler #23300
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
*Admitted Pro Hac Vice*
***Counsel For Defendants and Third-Party Plaintiffs***
***Dated: March 13, 2003***

Pursuant to the foregoing Stipulation, it is hereby ordered that Defendants' and Third-Party Plaintiffs' Third-Party Complaints against The Toro Company are hereby dismissed with prejudice and on the merits and without costs or attorneys' fees to Third-Party Plaintiffs or Third-Party Defendant.

LET JUDGMENT OF DISMISSAL BE FORTHWITH ENTERED ACCORDINGLY.

March 18, 2003
Date

Judge Joan E. Lancaster



TC2: 621607 v03 03/10/2003