# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1078/1272

| | |
|---|---|
| Toro Credit Company,<br><br>Appellee,<br><br>v.<br><br>Powerhouse Equipment, Inc.; Baswell Holdings, Inc; Powerhouse Capital, Inc.; Roger S. Braswell; John Doe; XYZ Company,<br><br>Appellants. | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

The joint motion for dismissal of these appeals is granted in accordance with the stipulation. The appeals are hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

March 20, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
APR 18 05
U.S. DISTRICT COURT DULUTH

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

01-2349 JNE

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 20, 2003

Mr. Dean Beard Thomson
FABYANSKE & WESTRA
1100 Minneapolis Center
920 Second Avenue, S.
Minneapolis, MN 55402

Re: 03-1078 Toro Credit Company vs. Powerhouse Equipment
Re: 03-1272 Toro Credit Company vs. Powerhouse Equipment

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199) Mandate Issued

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

mam

Enclosure(s)

cc: Joan E. Lancaster, U.S. District Judge
Edward Francis Fox
Scott M. Tyler
Andrew S. Hansen
Dean Beard Thomson
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-2349 JEL/JGL

District Court/Agency Case Number(s): CIV 01-2349 JEL/JGL